THE STATE OF NEW JERSEY on relation of the Board of Health of the Township of Hillside, respondent,

*v.*

MUNDET CORK CORPORATION, appellant.

[Decided January 25th, 1940.]

*Mr. Sigurd A. Emerson,* for the respondent.

*Messrs. McCarter, English & Egner,* for the appellant.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *126 N. J. Eq. 100.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ.   14.

*For reversal*—None.